**Carl A. EUBANKS, Petitioner—Appellant,**

v.

**Terry A. O'BRIEN, Warden; United States of America, Respondents—Appellees.**

**No. 06–6521.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2006.

Decided: July 27, 2006.

Carl A. Eubanks, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl A. Eubanks, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Eubanks v. O'Brien,* No. 7:06–cv–107–SGW (W.D.Va., Feb. 16, 2006; filed Feb. 28, 2006 & entered Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*